393 A.2d 1288

Hartford Insurance Group, Appellant, v. Ohio Casualty Group.

Argued April 18, 1978. Donald W. Bebenek, with him Meyer, Darragh, Buckler, Bebenek & Eck, for appellant; George M. Weis, for appellee.

Order affirmed.

CERCONE, SPAETH and HESTER, JJ., dissented.

393 A.2d 1289

Hersick, Appellant, v. Hersick.

Argued April 11, 1978. Charles E. Boyle, for appellant; Ralph J. Saunders, for appellee.

Order affirmed.

PRICE and SPAETH, JJ., would remand for proper record and opinion.